JOSEPH P. SAYERS, Sr., ET AL., PLAINTIFFS-PETITIONERS,
v. ALFRED RANGER, DEFENDANT-RESPONDENT.

See same case below: 16 *N. J. Super.* 22.

*Mr. Edison Hedges* for the petitioner.

*Mr. Robert Peacock* for the respondent.

January 21, 1952.   Denied.

DELAWARE, LACKAWANNA & WESTERN RAILROAD COM-
PANY, PLAINTIFF-RESPONDENT, CROSS-PETITIONER,
v. CITY OF HOBOKEN, ET ALS., DEFENDANTS-PETI-
TIONERS, CROSS-RESPONDENTS.

See same case below: 16 *N. J. Super.* 543.

*Mr. Theodore D. Parsons* and *Mr. Benjamin C. Van Tine*
for the petitioner State of New Jersey.

January 28, 1952.   Granted.